# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **CAROL-LYNN FETTERHOFF,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 06-0278-CG-M |
| | ) |
| **LIBERTY LIFE ASSURANCE COMPANY,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the court on the motion of defendant Liberty Life Insurance Company of Boston ("Liberty Life") to dismiss its counterclaims against plaintiff in this matter, without prejudice, and to close this action. Having considered the motion and plaintiff's written consent and stipulation and for good cause shown, it is **ORDERED** and **ADJUDGED** that:

1. Defendant's motion is **GRANTED**.

2. Liberty Life's counterclaims against plaintiff in this matter are **DISMISSED, without prejudice.**

3. The parties shall bear their own attorney's fees, expenses and costs.

4. As it appears there are no further claims remaining in this matter for litigation, the clerk shall herewith close this action on the court's docket.

**DONE and ORDERED** this 28th day of November, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE